

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VINCENT OLIVER COOK,<br><br>　　　　Petitioner,<br>　vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　Respondents. | Case No. CV 08-1530-VBF (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus without prejudice as unexhausted.

///
///
///
///

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on petitioner.

DATED: July 2, 2008

VALERIE BAKER FAIRBANK
United States District Judge