FILED
CLERK, U.S. DISTRICT COURT
JUL - 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| VINCENT OLIVER COOK, | Case No. CV 08-1530-VBF (JWJ) |
|---|---|
| Petitioner, | |
| vs. | JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | |
| Respondents. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that the instant Petition for Writ of Habeas Corpus be dismissed without prejudice as unexhausted.

DATED: July 2, 2008

VALERIE BAKER FAIRBANK
United States District Judge